IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH BORDERS,

    Petitioner,

vs.                            Civil Action 2:09-CV-616
                                Criminal Action 2:07-CR-86
                                Judge Marbley
                                Magistrate Judge King

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This matter is **REFERRED** to United States Magistrate Judge Norah McCann King for evidentiary hearing and report and recommendation on the claim that petitioner was provided ineffective assistance of counsel concerning his request to appeal.

                                            Algenon L. Marbley
                                            United States District Judge