IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOSEPH MATTHEW BORDERS,**

    Petitioner,

vs.                      **Criminal Action 2:07-CR-86**
                            **Civil Action 2:09-CV-616**
                            **Judge Marbley**
                            **Magistrate Judge King**

**UNITED STATES OF AMERICA,**

    Respondent.

**ORDER**

On July 17, 2010, the Court conferred with counsel in anticipation of the evidentiary hearing. Petitioner was also present.

The parties anticipate only a few depositions, none of incarcerated individuals, and an evidentiary hearing expected to last no more than ½ day.

It is hereby **ORDERED** that all discovery be completed by August 17, 2012.[1] **The Court will conduct an evidentiary hearing on September 5, 2012, beginning at 9:00 a.m., in Courtroom No. 228.**

<u>July 17, 2012</u>                                    *s/Norah McCann King*
                                                  Norah M<sup>c</sup>Cann King
                                      United States Magistrate Judge

---

[1] The Court will consider an extension of this date upon a showing of good cause.